No. 76–630., NORTEK, INC. *v.* ALEXANDER GRANT & CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–633. AAACON AUTO TRANSPORT, INC. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 2d Cir. Certiorari denied.,

No. 76–638. FINANCIAL FEDERAL SAVINGS & LOAN ASSN. *v.* BURLEIGH HOUSE, INC. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 76–643. SANCHEZ *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. C., A. 10th Cir. Certiorari denied.

No. 76–647. PERKINS ET AL. *v.* HIGHWAY PATROL DIVISION, ALABAMA DEPARTMENT OF PUBLIC SAFETY. C. A. 5th Cir. Certiorari denied.

No. 76–651. FOWLKES ET UX. *v.* INTRATEX GAS CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–656. BRADFORD ET AL. *v.* PLAINS COTTON COOPERATIVE ASSN. C. A. 10th Cir. Certiorari denied.

No. 76–663. CHRYSLER MOTORS CORP. ET AL. *v.* GREENFIELD ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–664. McDONOUGH ET AL. *v.* MORGAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–666. DAYON *v.* APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL. C. A. 2d Cir. Certiorari denied.